## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00272-RM-MDB

JESSICA HILL, an individual,

    Plaintiff,

v.

THE CITY OF FLORENCE, a municipal corporation; and
MICHAEL PATTERSON, an individual,

    Defendants.

---

## NOITCE OF SETTLEMENT
---

    Plaintiff Jessica Hill, by and through counsel, Leventhal Lewis Kuhn Taylor Swan PC, and pursuant to D.C.COLO.LCivR 40.2(b), respectfully notifies the Court that the parties have settled this dispute and intend to file appropriate dismissal papers within 14 days.

    Respectfully submitted this 8th day of July, 2022.

> */s/ Andrew E. Swan*
> Michael D. Kuhn
> Andrew E. Swan
> LEVENTHAL | LEWIS
> KUHN TAYLOR SWAN PC
> 620 North Tejon Street, Suite 101
> Colorado Springs, CO 80903
> Telephone:   (719) 694-3000
> Facsimile:   (866) 515-8628
> Email:   mkuhn@ll.law
>            aswan@ll.law
>
> *Attorneys for Plaintiff*