IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00272-RM-MDB

JESSICA HILL, an individual,

    Plaintiff,

v.

THE CITY OF FLORENCE, a municipal corporation, and
MICHAEL PATTERSON, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulated Motion to Dismiss Case, with Prejudice ("Stipulated Motion") (ECF No. 34). Having considered the Stipulated Motion, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted herein by Plaintiff against Defendants are in all respects dismissed with prejudice, with each party to bear their own costs and fees, and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 12th day of August, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge